IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

James Pickthorn and Joyce Pickthorn

Plaintiff,

vs.

Michael Switzer and Mid-City Mechanical Corp.,

Defendants.

Case Number: 00-CV-1068 MJD/RLE
Judge Michael J. Davis
Magistrate Judge Raymond L. Erickson

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the above-entitled action, having been fully, finally and completely compromised and settled between Plaintiff and Defendant may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to either Plaintiff or Defendant and that either Plaintiff or Defendant may apply to the Court pursuant to this Stipulation for an Order directing that Judgment of Dismissal With Prejudice be entered accordingly.

DADY & GARNER, P.A.

BY _______________ 11-30-01
J. MICHAEL J. DADY - 2062X
*Attorneys for PLAINTIFFS*
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2204
(612) 359-9000

CRONAN PEARSON QUINLIVAN P.A.

BY _______________
PATRICK C. CRONAN - 19914
*Attorneys for DEFENDANT*
1400 Foshay Tower
821 Marquette Avenue South
Minneapolis, MN 55402
(612) 332-1300, Ext. 107



DEC 14 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice and with respect to all claims by and between the parties, on the merits and without further cost to any of the parties or their attorneys.

BY THE COURT

DATED: 12-12, 2001

JUDGE OF DISTRICT COURT